73 A.3d 524

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Gerald M. DUNNAVANT, Respondent.**

Supreme Court of Pennsylvania.

July 31, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of July, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

> Whether the suppression court erred by suppressing at trial evidence obtained by the use of a silent video camera worn by an informant inside of respondent's residence.